# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MIN SOON CHANG, A/K/A MI SOON CHANG,<br><br>                        Appellant,<br>vs.<br>WILLIAM A. GITTERE, WARDEN,<br>                    Respondent. | No. 80021 |

FILED

DEC 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on November 7, 2019. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Ronald J. Israel, District Judge
       Min Soon Chang
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-50752